**GREGORY A. BURRELL**
**STANDING CHAPTER 13 TRUSTEE**
**District of Minnesota**
100 South Fifth Street, Suite 480
Minneapolis, MN 55402
Phone (612) 338-7591 Fax (612) 354-3380
Extension #215

August 31, 2026

To: U.S. Bankruptcy Court

From: Gregory A. Burrell, Trustee

Re: 21-31305 KAC

We have received notification of a change of address for

__X__Debtor ____Joint Debtor _____Both Debtors

in the above-referenced case.

Updated address(es) for this case:

BRYAN P PILGRIM
2007 REANEY AVE EAST
ST PAUL, MN 55119-

dlk